

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | ED12-00193M |
| Alexander Theodore Bean | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __05/31/12_____, _____, at __3:00_____ ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM_____, in Courtroom __3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5-29-12__

**SHERI PYM**
~~U.S. District Judge~~/Magistrate Judge